In re:                                                                                           Case No. 22-00066-MJC

Jacquelynn McCann-Armstrong                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                            User: AutoDocke                         Page 1 of 3
Date Rcvd: Feb 28, 2022                     Form ID: ntcnfhrg                      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelynn McCann-Armstrong, 1042 Hemlock Farms, Lords Valley, PA 18428-9062 |
| 5455705 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5455707 | + | UNIFIN, INC., PO BOX 4519, Skokie, IL 60076-4519 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 28 2022 19:02:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5455689 | + | Email/Text: julie@gotoafs.com | Feb 28 2022 18:51:00 | Accelerated Financial, Po Box 5714, Greenville, SC 29606-5714 |
| 5455690 | + | Email/Text: backoffice@affirm.com | Feb 28 2022 18:51:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5455692 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2022 19:02:29 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5457958 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2022 19:02:23 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5456005 | + | Email/Text: bankruptcy@cavps.com | Feb 28 2022 18:51:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5459698 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2022 19:02:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5455693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2022 18:51:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 5455695 | | Email/Text: BNBLAZE@capitalsvcs.com | Feb 28 2022 18:51:00 | Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 5455694 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 28 2022 19:02:26 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5455696 | + | Email/Text: tara.carrubba@hfca.com | Feb 28 2022 18:51:03 | Hemlock Farms Community Association, 1007 Hemlock Farms, Hawley, PA 18428-9059 |
| 5458889 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2022 18:51:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5455697 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2022 18:51:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5456331 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2022 19:02:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5455698 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2022 19:02:26 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5459079 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2022 19:02:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5455700 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2022 19:02:25 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5461880 | + | Email/PDF: ebnotices@pnmac.com | Feb 28 2022 19:02:29 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5455701 | + | Email/PDF: ebnotices@pnmac.com | Feb 28 2022 19:02:24 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 5457042 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2022 18:51:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5455702 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2022 19:02:26 | Shell/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5455703 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 28 2022 19:02:28 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 5455704 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 28 2022 19:02:23 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 5455885 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 28 2022 19:02:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5455706 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 28 2022 18:51:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 5455708 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 28 2022 18:51:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5455691 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5455699 | *+ | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:**

**Name**     **Email Address**

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John J. Martin | on behalf of Debtor 1 Jacquelynn McCann-Armstrong jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Jacquelynn McCann−Armstrong,<br><br>    **Debtor 1** | Chapter     13<br><br>Case No.     5:22−bk−00066−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 29, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: April 5, 2022<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 28, 2022 |

ntcnfhrg (08/21)