**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PA**

Chapter:     13
Case No:     2200066

In re:     JACQUELYNN MCCANN-ARMSTRONG

Account Number:  5304

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 14 filed on or about 03/21/2022 in the amount of $887.93 , and in furtherance, states as follows:

(1)    no objection to the claim has been filed;

(2)    the claimant is not a defendant in an adversary proceeding in the case; and

(3)    in a Chapter 11, 12 or 13 case, the claimant has not accepted or rejected the plan or otherwise participated meaningfully in the case.

On this 3/21/2022.

By:  /s/ Ciara M. Lawton
     Ciara M. Lawton, Bankruptcy Representative
     PRA Receivables Management, LLC.
     POB 41067
     Norfolk, VA 23541
     E-mail: Bankruptcy_Info@portfoliorecovery.com