United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00066-MJC |
| Jacquelynn McCann-Armstrong | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 08, 2022 | Form ID: ordsmiss | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelynn McCann-Armstrong, 1042 Hemlock Farms, Lords Valley, PA 18428-9062 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 08 2022 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5455689 | + | Email/Text: julie@gotoafs.com | Jun 08 2022 18:47:00 | Accelerated Financial, Po Box 5714, Greenville, SC 29606-5714 |
| 5455690 | + | Email/Text: backoffice@affirm.com | Jun 08 2022 18:47:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5466088 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 18:51:37 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5455692 | | EDI: CAPITALONE.COM | Jun 08 2022 22:53:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5457958 | | EDI: CAPITALONE.COM | Jun 08 2022 22:53:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5456005 | + | Email/Text: bankruptcy@cavps.com | Jun 08 2022 18:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5459698 | | EDI: CITICORP.COM | Jun 08 2022 22:53:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5455693 | + | EDI: WFNNB.COM | Jun 08 2022 22:53:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 5455695 | | Email/Text: BNBLAZE@capitalsvcs.com | Jun 08 2022 18:47:00 | Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 5455694 | + | EDI: AMINFOFP.COM | Jun 08 2022 22:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5455696 | + | Email/Text: tara.carrubba@hfca.com | Jun 08 2022 18:47:00 | Hemlock Farms Community Association, 1007 Hemlock Farms, Hawley, PA 18428-9059 |
| 5458889 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2022 18:47:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5455697 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2022 18:47:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5456331 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 08 2022 18:51:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5455698 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 18:51:38 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 5459079 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2022 18:51:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5455700 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2022 18:51:51 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5465365 | | EDI: PRA.COM | Jun 08 2022 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5461880 | + | Email/PDF: ebnotices@pnmac.com | Jun 08 2022 18:52:03 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5455701 | + | Email/PDF: ebnotices@pnmac.com | Jun 08 2022 18:51:51 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 5464044 | + | EDI: JEFFERSONCAP.COM | Jun 08 2022 22:53:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5457042 | | EDI: Q3G.COM | Jun 08 2022 22:53:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5455702 | + | EDI: CITICORP.COM | Jun 08 2022 22:53:00 | Shell/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5455703 | + | EDI: RMSC.COM | Jun 08 2022 22:53:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 5455704 | + | EDI: RMSC.COM | Jun 08 2022 22:53:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 5455885 | + | EDI: RMSC.COM | Jun 08 2022 22:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5455705 | + | EDI: WTRRNBANK.COM | Jun 08 2022 22:53:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5455706 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 08 2022 18:47:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 5465834 | | Email/PDF: bncnotices@becket-lee.com | Jun 08 2022 18:51:51 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5455707 | ^ | MEBN | Jun 08 2022 18:43:39 | UNIFIN, INC., PO BOX 4519, Skokie, IL 60076-4519 |
| 5455708 | + | EDI: VERIZONCOMB.COM | Jun 08 2022 22:53:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 5465458 | | EDI: AIS.COM | Jun 08 2022 22:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5455691 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5455699 | *+ | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 5465563 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John J. Martin | on behalf of Debtor 1 Jacquelynn McCann-Armstrong jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Lisa M. Doran | on behalf of Creditor Toyota Motor Credit Corporation ldoran@dorananddoran.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jacquelynn McCann−Armstrong,        Chapter     13
    **Debtor 1**

Case No.     5:22−bk−00066−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 8, 2022

ordsmiss (05/18)